B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

__Eastern__ District Of __Michigan__

In re __David Scott McDermitt and Rhonda Lee McDermitt__,   Case No. __15-32173__

**AMENDED**

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of Chalet Series III Trust | MTGLQ, Investors, LP c/o Shellpoint Mortgage Servicing |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o SN Servicing Corp.
323 5th Street
Eureka, CA 95501

Phone: __800-403-0836__
Last Four Digits of Acct #: __3638__

Court Claim # (if known): __7__
Amount of Claim: __119949.62__
Date Claim Filed: __11/25/2015__

Phone: _____
Last Four Digits of Acct. #: __0556__

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Michelle Ghidotti__   Date: __9/6/2018__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



| | |
|---|---|
| **SN SERVICING CORPORATION**<br>323 5TH STREET<br>EUREKA CA 95501 | (800) 603-0836<br>Para Español, Ext. 2660 o 2643<br>8:00 a.m. – 5:00 p.m. Pacific Time<br>Main Office NMLS #5985<br>Branch Office NMLS #9785 |

July 12, 2018

RHONDA MCDERMITT
DAVID MCDERMITT
7445 WILSON RD
OTISVILLE MI  48463

RE: **Loan Number:** ▉▉▉▉▉▉▉▉
Collateral: 7445 EAST WILSON ROAD; OTISVILLE, MI

## NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF LOAN

Dear Borrower:

The Truth in Lending Act, 15 U.S.C. 1601, requires that borrowers receive a written Notice when their loan is assigned, sold or transferred.  This assignment, sale or transfer does not change the terms of your loan or your contractual obligations as described in your loan documents.  The information below describes the details of the assignment, sale or transfer of your mortgage loan:

- Date of Assignment, Sale or Transfer: **July 11, 2018**

- The transfer of ownership has been filed in the mortgage records for the county or local jurisdiction where the property securing this mortgage is located or registered with Mortgage Electronic Registration systems, Inc. whichever is applicable to this mortgage loan.

- A servicer is authorized to act on behalf of the owner/lender to handle the daily servicing of your loan.  Your servicer collects payments for your account.  **If you have any questions about your loan, please contact your servicer at the telephone number, address or website listed below:**

    Name: **SN Servicing Corporation**
    Address: **323 Fifth Street, Eureka CA  95501**
    Telephone Number: **(800) 603-0836 (Toll free) 8:00 a.m. - 5:00 p.m. Pacific Time**
    Website Address: www.snsc.com

- An owner (also known as a "lender") is the person to whom the loan belongs.  The identity of your new owner is:

    Name: **US Bank Trust National Association as Trustee of Chalet Series III Trust**
    Address: **7114 E Stetson Dr, Ste 250; Scottsdale, AZ 85251**
    Telephone Number: **(602)802-8305**

**Partial Payment:**

On behalf of the lender, the servicer may hold payments that are less than the full amount due (partial payments) in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.

If this loan is sold, your new lender may have a different policy.

**Please do not send payments to the owner listed above, as they will not be credited to your loan. Your monthly payments and all inquiries must be sent directly to your servicer, SN Servicing Corporation.  The servicer has authority to act on the owner's behalf with regard to the administration of your loan.**